IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MATTHEW CLEMENT, #A0253074, | ) ) ) |
| Petitioner, | ) ) ) |
| vs. | ) ) |
| JOSEPH TAYLOR, | ) ) |
| Respondent. | ) ) ) |

Civ. No. 16-00351 JMS-KJM

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation have been filed and served on all parties on March 2, 2017, and no objections have been filed by any party.  The Findings and Recommendation address, among other things, the merits of Petitioner Matthew Clement's ("Petitioner") argument that the state circuit court violated his Fourth Amendment rights (*see* Section III.A.).  Pursuant to *Stone v. Powell*, 428 U.S. 465, 494 (1976), the court is barred from considering a 28 U.S.C. § 2254 Fourth Amendment claim if the Petitioner had a "full and fair opportunity" to litigate that claim in state court.  *See Newman v. Wengler*, 790 F.3d 876, 880 (9th Cir. 2015) (holding that *Stone* remains good law and reaffirming that "[t]he relevant inquiry is whether petitioner had the opportunity to litigate his [Fourth Amendment] claim, not whether he did in fact do so or even whether the claim was correctly

decided") (quoting *Ortiz Sandoval v. Gomez*, 81 F.3d 891, 899 (9th Cir. 1996)). And it appears that Petitioner did in fact litigate his Fourth Amendment claim in state court.

With this clarification, IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation That Matthew Clement's 28 U.S.C. § 2254 Petition Be Denied," ECF No. 16, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, April 3, 2017.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*Clement v. Taylor*, Civ. No. 16-00351 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendation